**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:    DEREK M JEFFRIES                             §    Case No.: 12-07588
        TANYA U SMITH JEFFRIES                    §
                                                 §
                                                 §
        Debtor(s)                               §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2012.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/14/2012.

6) Number of months from filing to the last payment: 3

7) Number of months case was pending: 7

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 93,211.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $ 3,541.75 |
| Less amount refunded to debtor | $ 1,416.70 |
| **NET RECEIPTS** | $ 2,125.05 |

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,063.42 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 61.63 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,125.05 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DEUTSCHE BANK NATION | SECURED | 95,900.00 | 104,288.47 | .00 | .00 | .00 |
| DEUTSCHE BANK NATION | UNSECURED | 10,817.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 1,000.00 | .00 | 1,000.00 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED | 5,000.00 | 4,767.03 | 4,767.03 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 5,454.00 | 5,537.74 | 5,537.74 | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 627.61 | NA | NA | .00 | .00 |
| ILLINOIS TOLLWAY AUT | UNSECURED | 212.00 | NA | NA | .00 | .00 |
| BUCKEYE CHECK CASHIN | UNSECURED | 1,509.00 | NA | NA | .00 | .00 |
| BUCKEYE CHECK CASHIN | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| ATT MIDWEST | UNSECURED | 224.00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| CITY COLLEGES OF CHI | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 3,000.00 | 2,415.71 | 2,415.71 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 1,978.92 | NA | NA | .00 | .00 |
| DEEDEES OF ILLINOIS | UNSECURED | 3,150.00 | 2,843.00 | 2,843.00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 45,991.00 | .00 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 44,894.00 | .00 | .00 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 60.00 | 60.84 | 60.84 | .00 | .00 |
| FIRST NATIONAL COLLE | UNSECURED | 758.69 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 478.00 | 477.96 | 477.96 | .00 | .00 |
| FIRST RATE FINANCIAL | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PEOPLES GAS | UNSECURED | 10,018.00 | NA | NA | .00 | .00 |
| JRSI INC | UNSECURED | 1,940.44 | NA | NA | .00 | .00 |
| RECEIVABLES MANAGEME | UNSECURED | 250.00 | 100.00 | 100.00 | .00 | .00 |
| MEDCO HEALTH | UNSECURED | 156.13 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 306.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 352.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 291.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 169.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 132.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 104.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 102.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 87.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 62.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 61.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 805.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL | UNSECURED | 5,179.00 | 2,009.40 | 2,009.40 | .00 | .00 |
| PLS FINANCIAL | UNSECURED | 1,000.00 | 1,733.17 | 1,733.17 | .00 | .00 |
| WASHINGTON MUTUAL CH | UNSECURED | 115.92 | NA | NA | .00 | .00 |
| DEPENDICARE | UNSECURED | 739.00 | NA | NA | .00 | .00 |
| SOUTH DIVISION C U | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| TRIBUTE | UNSECURED | 683.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 128.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 82.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| US CASH / THE LOAN P | UNSECURED | 6,732.00 | NA | NA | .00 | .00 |
| GREAT LAKES EDUCATIO | UNSECURED | 100,381.00 | 4,765.27 | .00 | .00 | .00 |
| GREAT LAKES EDUCATIO | UNSECURED | 21,336.00 | 23,202.07 | .00 | .00 | .00 |
| GREAT LAKES EDUCATIO | UNSECURED | 4,801.00 | 5,221.36 | .00 | .00 | .00 |
| DEUTSCHE BANK NATION | SECURED | 13,000.00 | 14,668.39 | .00 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 3,100.14 | 3,100.14 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 1,502.33 | 1,502.33 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 787.35 | 787.35 | .00 | .00 |
| THE LOAN MACHINE | UNSECURED | NA | 9,613.43 | 9,613.43 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 907.97 | 907.97 | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 45.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
===============================================================================
 Summary of Disbursements to Creditors:

                                          Claim            Principal         Int.
                                         Allowed            Paid             Paid
 Secured Payments:
     Mortgage Ongoing                        .00              .00             .00
     Mortgage Arrearage                      .00              .00             .00
     Debt Secured by Vehicle            4,767.03              .00             .00
     All Other Secured                  1,000.00              .00             .00
 TOTAL SECURED:                         5,767.03              .00             .00

 Priority Unsecured Payments:
     Domestic Support Arrearage             .00              .00             .00
     Domestic Support Ongoing               .00              .00             .00
     All Other Priority                5,582.74              .00             .00
 TOTAL PRIORITY:                       5,582.74              .00             .00

 GENERAL UNSECURED PAYMENTS:          25,551.30              .00             .00
===============================================================================

===============================================================================
 Disbursements:

     Expenses of Administration        $     2,125.05
     Disbursements to Creditors        $          .00

 TOTAL DISBURSEMENTS:                               $     2,125.05
===============================================================================
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    09/27/2012                         /s/ Tom  Vaughn
                                             Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**